UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| DR. JAWAL SULEMAN,. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | No. 5:10-CV-355-FL |
| ERIK K. SHINESKI, Secretary of ) | |
| Veterans Affairs and his Successors; ) | |
| ELIZABETH GOOLSBY, Director of ) | |
| Fayetteville VA Medical Center, ) | |
| UNITED STATES DEPARTMENT OF ) | |
| VETERANS AFFAIRS; JOHN AND ) | |
| JANE DOE, Chief of Patient Care ) | |
| Services Officer, Fayetteville, North ) | |
| Carolina VA Medical Center; and, ) | |
| FAYETTEVILLE VA MEDICAL ) | |
| CENTER, ) | |
| ) | |
| Defendants. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, Chief United States District Judge, for consideration of defendants' motion to dismiss for lack of subject matter jurisdiction and the Memorandum and Recommendation of the United States Magistrate Judge.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered May 16, 2011, and for the reasons set forth more specifically therein, that defendant's motion to dismiss for lack of subject matter jurisdiction under the Administrative Procedures Act is granted. The plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on May 18, 2011, and Copies To:**

Reagan H. Weaver (via CM/ECF Notice of Electronic Filing)
Sharon C. Wilson (via CM/ECF Notice of Electronic Filing)

May 18, 2011                         DENNIS P. IAVARONE, CLERK
                                       /s/ Christa N. Baker
                                     (By) Christa N. Baker, Deputy Clerk